UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH BRADFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 4:14CV708 CDP |
| | ) | |
| TIM GRIMHAM, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for leave to proceed in forma pauperis. Plaintiff, a prisoner, has not submitted a prison account statement as required by 28 U.S.C. § 1915(a)(2). As a result, the Court will order plaintiff to submit, within thirty days, a certified copy of his prisoner account statement for the six-month period immediately preceding the filing of this action.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall submit a certified copy of his prisoner account statement for the six-month period immediately preceding the filing of the filing of this action within thirty (30) days of the date of this Order. See 28 U.S.C. § 1915(a)(2).

Dated this 9th day of April, 2014.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE