UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH BRADFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14CV708 CDP |
| | ) | |
| TIM GRIMHAM, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

On April 18, 2014, mail from the Court to plaintiff was returned as undeliverable because he was released from Phelps County Jail and he failed to provide the Court with a forwarding address. Local Rule 2.06(B) provides that the Court may dismiss an action without prejudice after thirty days have passed if a pro se plaintiff fails to provide the Court with a change of address.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED**, without prejudice, under Local Rule 2.06(B).

An Order of Dismissal will be filed separately.

Dated this 3rd day of June, 2014.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE